UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| MARVEL T. JOHNSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:13CV658 |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC., *et al.* ) | |
| ) | |
| Defendant. ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR RESPOND TO COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax"), by undersigned counsel, files this Motion for Extension of Time to Answer or Respond to Complaint as follows:

1. Plaintiff's Complaint was filed on September 25, 2013.

2. Equifax was served with the Complaint on October 8, 2013. Equifax's answer is due on October 29, 2013.

3. Equifax is still reviewing the allegations and conducting an investigation into the allegations in order to prepare its answer. Accordingly, Equifax respectfully requests an extension through and including December 2, 2013, within which to file its answer or other responsive pleading in this matter.

4. Counsel for Equifax requested, and counsel for Plaintiff agreed, that Equifax may have up to and including December 2, 2013 to file its Answer to Plaintiff's Complaint, subject to the Court's approval.

4. A proposed Consent Order is being circulated and will be filed with the Court shortly.

WHEREFORE, Equifax respectfully requests that this motion be granted.

This 30th day of October, 2013.

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
John W. Montgomery, Jr., Attorney, PLC
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jason M. Krumbein, Esq.
Counsel for Marvel T. Johnson
5310 Markel Road, Ste 102
Richmond, VA 23230

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Information Services, LLC
John W. Montgomery, Jr., Attorney, PLC
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email: jmontgomery@jwm-law.com